Jarrett L. Ellzey — TX Bar No. 24040864
(*Pro Hac Vice*)
**ELLZEY & ASSOCIATES, PLLC**
1105 Milford Street
Houston, TX 77006
Phone: (713) 322-6387
Fax: (888) 276-3455
jarrett@ellzeylaw.com

S. Amanda Marshall – OSB No. 953473
**S. AMANDA MARSHALL, LLC**
1318 NW Northrup Street
Portland, Oregon 97209
Phone: (503) 472-7190
amanda@maclaw.law

**ATTORNEYS FOR PLAINTIFF AND ALL OTHERS SIMILARLY SITUATED**

# THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON (Eugene (6))

| | |
|---|---|
| CHANTELLE AMADOR, individually and onbehalf of all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> TOEZPECUNIA, INC. dba SWEET ILLUSIONS, an Oregon Corporation; WAYNE M. VAJGERT, an individual; and DOES 1 through 10, inclusive <br><br> Defendants. | Case No.: 6:21-cv-01242-AA <br><br> **PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANTS' FED. R. CIV. P. 68 OFFER OF JUDGMENT** |

**COMES NOW** Plaintiff Chantelle Amador ("Plaintiff"), by and through undersigned counsel, and submits Plaintiff's Notice of Acceptance of DefendantsToezpecunia, Inc. dba Sweet Illusions and Wayne M. Vajgert's (collectively, "Defendants") Fed. R. Civ. P. 68 Offer of Judgment as follows:

1. Plaintiff filed this action on August 9, 2021. *See* Dkt. 1.

2.  On February 8, 2022, Defendants served Plaintiff with a Fed R. Civ. P. 68 Offer of Judgment in this action in the amount of $20,000, exclusive of reasonable attorney's fees and costs. *See* **Exhibit 1**.

3.  Pursuant to Fed. R. Civ. P. 68, Plaintiff timely serves written notice of her acceptance of the offer via the Court's CM/ECF electronic filing system to Defendants' attorneys of record.

4.  Pursuant to Defendants' offer, Plaintiff's claim for reasonable attorneys' fees and costs remain.

Dated: February 15, 2022

*/s/ Jarrett Ellzey*
Jarrett Ellzey
Texas Bar No. 24040864
**Ellzey & Associates, PLLC**
1105 Milford St.
Houston, Texas 77006
Telephone: (713)
Fax: (310) 507-7906
jarrett@ellzeylaw.com
(*Pro Hac Vice*)

S. Amanda Marshall
**S. Amanda Marshall LLC,**
Attorney at Law
1318 NW Northup Street
Portland, OR 97209
503-472-7190
Email: amanda@maclaw.law

***Attorneys for Plaintiff***

# CERTIFICATE OF SERVICE

I certify that on Tuesday, February 15, 2022 a true and correct copy of the attached PLAINTIFF CHANTELLE AMADOR'S NOTICE OF ACCEPTANCE OF DEFENDANTS' FED. R. CIV. P. 68 OFFER OF JUDGMENT will be served in accordance with the Court's CM/ECF system, which will send notification of such filing by notice via e-mail to the ECF participants of record a true and correct copy of the forgoing document

Anthony D. Kuchulis
Joseph Q. Ridgeway
**LITTLER MENDELSON, P.C.**
1300 SW 5th Avenue
Wells Fargo Tower – Suite 2050
Portland, OR 97201
akuchulis@littler.com
jridgeway@littler.com

**Attorneys for Defendants**

S. Amanda Marshall
**S. AMANDA MARSHALL, LLC**
1318 NW Northup Street
Portland, OR 97209
Telephone: 503-472-7190
amanda@maclaw.law

**Local counsel for Plaintiff**

*/s/ Jarrett Ellzey*
Jarrett Ellzey