IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHANTELLE AMADOR, | Civ. No. 6:21-cv-01242-AA |
| Plaintiff, | |
| v. | JUDGMENT |
| TOEZPECUNIA, INC. *et al.*, | |
| Defendants. | |

Pursuant to the Notice of Acceptance of Offer of Judgment, judgment is entered in favor of Plaintiff Chantelle Amador in the total amount of Twenty Thousand Dollars and Zero Cents ($20,000.00) on all causes of action in Plaintiff's Complaint, exclusive of reasonable costs and fees incurred by Plaintiff on or before the date of the Offer.

DATED: 2/16/2022

                                              Melissa Aubin, Clerk

                                    By    /s/ Cathy Kramer
                                                      Deputy Clerk